SHAWN C. GROFF (SBN 248022)
ESTELLE PAE HUERTA (SBN 264819)
LEONARD CARDER, LLP
1330 Broadway, Suite 1450
Oakland, CA  94612
Telephone: (510) 272-0169
Facsimile: (510) 272-0174
Email: sgroff@leonardcarder.com
Email: epae@leonardcarder.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco

| | |
|---|---|
| DON CAMPBELL, DAVID GREGERSEN, PETE HALVER, SEAN KYLE, MATT MALOON, DAVID SMITH, BRIAN STEWART and VICTOR UNO, in their capacities as Trustees of the International Brotherhood of Electrical Workers, Local 595 Pension Trust,<br><br>              Plaintiffs,<br><br>vs.<br><br>DAVID J. ANGELI,<br><br>              Defendant. | CASE NO. 3:14-cv-01430 TEH<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL** |

---

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL                               Case No. 4:14-cv-01430

1   NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), Plaintiffs voluntarily dismiss the above-captioned action with prejudice.

DATED:  June 23, 2014                    Respectfully submitted,

                                         LEONARD CARDER, LLP


                                         By:   */s/ Shawn C. Groff*
                                               Shawn C. Groff
                                               Estelle Pae Huerta

                                         Attorneys for Plaintiffs



06/23/2014
IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA